ACCEPTED
14-14-00825-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
7/7/2015 1:19:45 PM
CHRISTOPHER PRINE
CLERK

## NO. 14-14-00825-CV

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
7/7/2015 1:19:45 PM
CHRISTOPHER A. PRINE
Clerk

# IN THE COURT OF APPEALS FOR THE FOURTEENTH SUPREME JUDICIAL DISTRICT OF TEXAS, HOUSTON, TEXAS

## INWOOD FOREST COMMUNITY IMPROVEMENT ASSOCIATION,
**Appellant**

**v.**

## ELIO ARCE, ET AL.
**Appellees**

*On interlocutory appeal from the
165th Judicial District Court of Harris County, Texas*

_____

## APPELLANT'S MOTION FOR EXTENSION
## OF TIME TO FILE REPLY BRIEF ON THE MERITS

_____

**HOOVER SLOVACEK LLP**
Dylan B. Russell
State Bar No. 24041839
russell@hooverslovacek.com
Galleria Tower II
5051 Westheimer, Suite 1200
Houston, Texas 77056
Telephone: (713) 977-8686
Facsimile: (713) 977-5395
**ATTORNEYS FOR APPELLANT**

171327-00331 DBR 7/7/2015 00979216.WPD 1

INWOOD FOREST COMMUNITY IMPROVEMENT ASSOCIATION, Appellant, in the above-styled and numbered cause, file this Appellant's Motion for Extension of Time to File Reply Brief on the Merits and requests that the Court enter an order extending the time for the filing of its Reply Brief with the Court through, and including, July 17, 2015, and in support thereof would respectfully show the following:

1. This is Appellant's first request for an extension of time—for one additional week—to file its Reply Brief. This motion is not sought for delay only but so that justice may be done.

2. Furthermore, Mr. Russell, counsel for Appellant and chief brief-writer, needs additional time to prepare the Reply Brief in light of being chief brief-writer in Cause No. 15-20213; *Evanston Insurance Company vs. Lapolla Industries, Inc.*; in the U.S. Court of Appeals for the 5th Circuit, which said brief is also currently due on July 13, 2015.

## CERTIFICATE OF CONFERENCE

Counsel for Appellant has contacted counsel for Appellees regarding this motion, and Appellees' counsel, has indicated that they are not opposed to this Motion for Extension.

WHEREFORE, PREMISES CONSIDERED, the Appellant respectfully prays that the Court grant its Motion for Extension of Time to File Reply Brief and extend

the time for it to file Appellant's Reply Brief on the Merits through, and including, July 17, 2015.

                              Respectfully submitted,

                              **HOOVER SLOVACEK LLP**

                              By: /s/ Dylan B. Russell
                                   DYLAN B. RUSSELL
                                   State Bar No. 24041839
                                   Galleria Tower II
                                   5051 Westheimer, Suite 1200
                                   Houston, Texas 77056
                                   Telephone: 713-977-8686
                                   Facsimile: 713-977-5395
                                   russell@hooverslovacek.com

                              **ATTORNEYS FOR APPELLANT, INWOOD FOREST COMMUNITY IMPROVEMENT ASSOCIATION**

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 7th day of July, 2015, a true and correct copy of the foregoing document was served in accordance with the Rules to all counsel of record and/or pro se parties, if any.

                              /s/ Dylan B. Russell
                              Dylan B. Russell